UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TODD SMITH,

    Plaintiff,

vs.

NANCY BERRYHILL, Acting Commissioner of Social Security Administration

    Defendant

Case No.: 2:15-cv-00504-RAJ

ORDER

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), it is hereby

ORDERED that Plaintiff's attorney, Victoria B. Chhagan, be awarded $4,500.00. pursuant to 42 U.S.C. § 406(b). This amount represents the net amount of Plaintiff's back benefits after attorney fees for work at the administrative level and fees awarded pursuant to the Equal Access to Justice Act (EAJA) have been deducted. The fees in this case should be sent to Attorney Victoria B. Chhagan, Douglas, Drachler, McKee and Gilbrough at 1904 Third Ave., Suite 1030, Seattle WA, 98101.

DATED this 8th day of January, 2018.

_____
The Honorable Richard A. Jones
United States District Judge